FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 0 5 2016

MATTHEW J. DYKMAN
CLERK

AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eddy County Fifth Judicial | Docket or Case No.: 16cv256 RB/GF |
|---|---|---|

Name (under which you were convicted): Jason Christopher Martinez

Place of Confinement: Springer, New Mexico Correctional

Prisoner No.: 40623

Petitioner (include the name under which you were convicted): Jason C. Martinez

Respondent (authorized person having custody of petitioner): Eddy County Fifth Judicial District Court
v. JOHN SANCHEZ (WARDEN)

The Attorney General of the State of:

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

Eddy County District Court Carlsbad New Mexico 88220 Fifth Judicial, Honorable Judge Lisa B. Riley

(b) Criminal docket or case number (if you know): CR-2012-156

2. (a) Date of the judgment of conviction (if you know): January 28 2014

(b) Date of sentencing: August 27, 2014

3. Length of sentence: 11½ years

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: (Non) Residential Burglary
4th Degree Felony Counts Two: Larceny over $500.00 4th Degree Felony
Count Three: Criminal Damage To Property, Petty Misdemeanor

6. (a) What was your plea? (Check one)

☒ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty            ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury     ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☒ No

8.  Did you appeal from the judgment of conviction?

☒ Yes     ☐ No

9.  If you did appeal, answer the following:

(a) Name of court: Notice of Appeal: in Court of Appeals

(b) Docket or case number (if you know): No: D-503-CR2012-156

(c) Result: Case was Put on Summary Calender: (Denied)

(d) Date of result (if you know): December 15, 2015

(e) Citation to the case (if you know): _____

(f) Grounds raised: One: Whether The Court Erred By Permitting The Inclusion of Jurors That The Judge knew personally Two: Whether The Defendant was Denied Effective of Counsel Because Defense Counsel Failed To Object in Trial (Jury Pool) Selection And Failed To Complete Obligations, Due Process. Three: Whether The Defendant was Denied Effective of Counsel By Failing To Object Pictures Taken By officer investigating Brought Muscle Tshirt from Home Submitted in to Evidence Four: Whether Court Erred in Adding Habitual offender Sentence (Consecutively) on A State Jail Felony TEXAS.

(g) Did you seek further review by a higher state court?     ☒ Yes     ☐ No

If yes, answer the following:

(1) Name of court: New Mexico State Court of Appeals State Supreme Court

(2) Docket or case number (if you know): Ct. No: 34131 Eddy County: CR 2012-156

(3) Result: Notice of Proposed Summary Disposition (Denied) Affirmance Proposed

(4) Date of result (if you know): February 9, 2015

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised: Issue 1 Defendant Argues That District Court Erred By Permitting Persons That The Judge Knew Personally. To Sit As Jurors Issues 2 & 3 Defendant Argues That He Was Denied Effective Assistance of Counsel Un Professional Errors The Results of Second Trial Proceedings Would Have Been Different. Defendant Also Argues The Taking Public's Dressed in Muscle T Shirt Supplied By Officer Then Shown To Jurors,

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): Ct. App. 34,151

(2) Result: (Denied)

(3) Date of result (if you know): August 28, 2015

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Fifth Judicial District Court Eddy County Carlsbad New Mexico 88820

(2) Docket or case number (if you know): Eddy County No. CR-2012-156

(3) Date of filing (if you know): February 22, 2015

(4) Nature of the proceeding: Petition For Writ of Habeas Corpus

(5) Grounds raised: Same As Above

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☒ Yes   ☐ No

(7) Result: Order Dismissed

(8) Date of result (if you know): December 10, 2015

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes    ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:   ☒ Yes   ❏ No

(2) Second petition:   ☒ Yes   ❏ No

(3) Third petition:   ☒ Yes   ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:   During Second Trial The Judge Was Reported to Judicial Standard committee
The Same Judge Allowed Certain Jurors To Sit in She Knew Personally, Trial Attorney was not Present

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On January 28, 2014 A Second Trial Began with Attorney James Lowry He was (Late) I Came in And The
Judge Lisa B. Riley was Talking And Already Choosing Jurors Telling Them where To Sit And who would Be
foreman During These Conversations They Spoke of College Classes who would Show up! She Judge is
The local College Instructor, Three were Ex-Police officers I knew in past, one was A Victim of
A current Burglary, I Reported The Judge for Bias And unfair ruling on other Charges I was Claimed
Competent, in one Prior Court Proceeding, My Attorney was Late 1½ Hour, And I Told Him of This
I Told Him To Exclude 5 Jurors He ignored My Request He Said it was ok Just like The First Trial

(b) If you did not exhaust your state remedies on Ground One, explain why:   Stated on All Steps in the Above

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☒ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: State Habeas Corpus

Name and location of the court where the motion or petition was filed: Fifth Judicial District Court
Eddy County, Carlsbad New Mexico 88220

Docket or case number (if you know): CR-2012-156

Date of the court's decision: December 10, 2015

Result (attach a copy of the court's opinion or order, if available): Attached is a (Denial) of the order
of Habeas Corpus

(3) Did you receive a hearing on your motion or petition?     ☒ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:** Trial Counsel Was Effective in failing To Ensure A Record Was Made of Interactions Between Trial Judge And Jury Pool thAt occured in Second Trial (JanuaRy 28, 2014)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

in The BeginNing of Second Trial JANuaRy 28, 2014 The DefendANts Trial AttoRney WAS 1½ HouRs LAte And theRes Silence in 30 MiNutes of RecoRds Judge is SpeAkeing of JuRy Pool ExplAining Rules And GuidliNes, This issue HAs Been BRought To Light in otheR Remedies Such As MemoRANdum DuRing The PRetRial DAtes DefendAnt opposed of AlexAndeR Ching Public DefendeR To DismiSs Him As counsel The Judge SAme in TriAl WAs RepoRted To JudiciAl StANdaRds committee TheRe foRe DefendAnt TheN Received JAmes LowRy foR (TriAl) ON DeceMbeR 23, 2013 A Hung JuRy (MistRiAl) occuRed TheN ShoRtly TheRe AfteR A Second TriAl occuRed JANuaRy 28, 2014 DAte of conViction MR LowRy Quit And HiRed JaRed KluNki foR PRepARing Sentencing And Docket StAtement in This used TRANscRips

(b) If you did not exhaust your state remedies on Ground Two, explain why: Of Second Trial To finish Appeal This is WHy My Appeal WAs Denied MR KluNki WAS NeveR PResent in TRiAl. TheRe foRe it ViolAtes My Due PRocess it WAS His fiRst APpeal eveR MAde.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: HAbeAs CoRpus

Name and location of the court where the motion or petition was filed: fifth Judicial DistRict Court Eddy County CARlsbad New Mexico 88220

Docket or case number (if you know): CR-2012-150

Date of the court's decision: feb 22, 2016

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): *Copy of Dismissal included*

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**   Attorney James Lowry failed To oBJect To SuBmitting Pictures AS evidence Taken By officer who Admitted To Supplying Black Muscle Tshirt FRom Home MAKing Defendant wear it

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On JANUARY 28,2014 CPl SWANSON of CArlsBad Police Dept Brought A Black Muscle Tshirt To The County Jail where Defendant wAS Held for Questioning He obtained SeARch WARRANT Told Defendant To Put on Muscle Tshirt The Attorney AlexANder B. Ching A Public Defender Allowed Defendant To weAR it (14) Pictures were TAken MR Swanson Then Told Defendant if He wAnted The Muscle-Tshirt, Defendant SAid No CPl SwANsoN SubmiTTed This Shirt That He SuPPlied Put it in evidence Locker. The DisTRict Attorney DAvis RuArke Allowed Photos To Show The JuRY, who SAw Photos first. The TRiAl Attorney NeveR ASK To See Photos first Before Showing Them, To Defendant, Therefore Defendant Never SAw JuST whAT The Photos were Showing THis Showing More TATToos of Defendant Body. Self Incriminating evidence oR Not AgAinst Constitutional Rights.

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  _Habeas Corpus_

Name and location of the court where the motion or petition was filed:  _Fifth Judicial District Court_

_Eddy County Carlsbad New Mexico 88220_

Docket or case number (if you know):  _CR-2012-156_

Date of the court's decision:  _Feb, 22, 2016_

Result (attach a copy of the court's opinion or order, if available):  _Order of Denial Attached_

_____

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):  _____

_____

_____

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** The use of A Texas State Jail Felony occured in (2005) Midland, TX 79101 To Enhance Habitual offender To Consecutive (4) year Enhancement Totaling 11½ years in Conviction Jan 28 2014

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On January 28, 2014 The Court Should Not Have Enhanced His Sentence Based on The Texas State Jail Felony That occured (2005) Midland TX. The Defendant Served (6) months in County Jail for Burglary of Business The Court Should Have Ran Sentence Concurrently Because Burglary and Larceny is one Count, one Docket No. Not Seperate To Give Excessive Amount of Time no Suitable for Crime of 4 Degree Felony of 18months Defendant Feels His 8 Amendment Right was Violated Cruel and unusual Punishment By Adding (2) 4 year Enhancements Consectutive Sentences Cruel And unusual Punishment

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____

_____

(c)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Habeas Corpus

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: *Fifth Judicial District*

*Eddy County Carlsbad New Mexico 88220*

Docket or case number (if you know): *CR-2012-156*

Date of the court's decision: *FeB 22, 2016*

Result (attach a copy of the court's opinion or order, if available): *See Attached*

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☒ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: _____

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☒ Yes    ☐ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.    *A federal CeRTiORARI, CleRk United States*

*District Court*

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised. _____

_____

_____

_____

AO 241
(Rev. 01/15)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:   AleVANdeR B. Ching  Hobbs New Mexico.

(b) At arraignment and plea:   James Lowry  Roswell New Mexico 88201

(c) At trial:   James Lowry  Roswell New Mexico 88201

(d) At sentencing:   JaRed G KallunKI 500 N. Main Suite 802 Roswell NM 88201
(575) 208-4469

(e) On appeal:   David Henderson Assi Appellate Defender New Mexico Public Defender
301 N. Guadalupe Santa Fe New Mexico 87501 (505) 395-2826 Ext 10826

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes   ☒ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 01/15)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Reverse Current Sentence From 11½ years To Time Served or Run (4) year Habitual Sentence Concurrent for 3½ year,*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *3-24-2016* (month, date, year).

Executed (signed) on *3-24-2016* (date).

*Jason C. Martin   #46623*
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____

**FIFTH JUDICIAL DISTRICT COURT**
**COUNTY OF EDDY**
**STATE OF NEW MEXICO**

**JASON MARTINEZ,**

      Petitioner,

                                 No. CR-2012-156

vs.

**STATE OF NEW MEXICO, and**
**JOHN SANCHEZ, Warden SCC,**

      Respondents.

FIFTH JUDICIAL
DISTRICT COURT
EDDY COUNTY
FILED IN MY OFFICE

2015 FEB 22  PH 4: 40

ERIC ELLIS
DISTRICT COURT CLERK

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

**THE ABOVE MATTER** was brought to the attention of the Court on December 10, 2015 by the filing of the Petition for Habeas Corpus.

1.      The allegations of the Petition are conclusory and not supported by specific facts.

2.      The Petition raises issues which were previously raised on appeal.

The Court being in all things fully advised finds that the Petitioner is not entitled to relief in the Writ for Habeas Corpus as a matter of law and it is hereby dismissed.

**LISA B. RILEY**
**DISTRICT JUDGE**



**STATE OF NEW MEXICO**
**JUDICIAL STANDARDS COMMISSION**

POST OFFICE BOX 27248
ALBUQUERQUE, NEW MEXICO 87125-7248
(505) 222-9353
WWW.NMJSC.ORG

RANDALL D. ROYBAL
*Executive Director & General Counsel*

PHYLLIS A. DOMINGUEZ
*Investigative Trial Counsel*

DEBORAH BORIO
*Investigative Trial Counsel*

February 6, 2014

Jason C. Martinez
P.O. Box 1388
Carlsbad, NM 88220

RE:   *Inquiry No. 2013-149*

Dear Mr. Martinez:

The Judicial Standards Commission carefully considered your complaint, and after completing an initial inquiry, decided that no action should be taken.  Consequently, the complaint was dismissed and the matter was closed.

As we stated in our informational flyer that was mailed to you or was available for download from our website with complaint forms, complaints may be dismissed for any of the following reasons:

- Your allegations concern factual and legal issues that you must address in the court system by motion, appeal or writ, including disputes about the rulings or orders, applications of the law, determinations of fact, decisions about evidence and witness testimony, and matters within a judge's authority and discretion;

- Your allegations are not substantiated by clear and convincing evidence and do not establish violations of the Code of Judicial Conduct or grounds for Commission action;

- Your allegations concern matters that are beyond the Commission's jurisdiction; or

- Your allegations concern someone who is not a currently serving as judge or judicial candidate within our jurisdiction (Supreme Court, District Court, Court of Appeals, Metropolitan Court, Magistrate Court, Municipal Court, and Probate Courts).

The Commission's proceedings, deliberations, reasons for action, and closure of this matter will remain confidential at the Commission pursuant to Article VI, §32 of the New Mexico Constitution. Due to these confidentiality restrictions, we cannot provide you with any further information.

We appreciate the effort you took to bring this matter to our attention and thank you for your patience during these proceedings.

Sincerely,

*Joyce Bustos*

Joyce Bustos
Chair

| STATE OF NEW MEXICO SUPPLEMENTAL REPORT | ORIGINAL OFFENSE DATE 04/25/12 | SUPP DATE 5/17/12 | CASE NO P212004422 | INC NO S12001514 | PAGE 1 | OF 1 |
| --- | --- | --- | --- | --- | --- | --- |

| ORIGINAL OFFENSE REPORTED Commercial Burglary | ORIGINAL VICTIM'S NAME (LAST, FIRST, MIDDLE) Sutherlands | DATE OF BIRTH N/A |
| --- | --- | --- |

LOCATION OF OCCURRENCE
**2101 S Canal, Carlsbad NM  88220**

On 05/15/2012 I, Cpl Swanson completed a search warrant for Jason Martinez.  The search warrant was for photographs of Jason Martinez's tattoos, specifically a skull with wings on his back and a spider web tattoo on his left arm.  The warrant was approved and signed by ADA. Romero, with probable cause found.  It was issued and signed by District Court Judge Brown.

On 05/17/2012 the warrant was executed at the Eddy County Detention Center, where Jason Martinez was incarcerated.  Jason was given a copy of the warrant and I explained that I would be taking photographs of his upper body, specifically, his tattoos.  Jason fully complied.  A total of 17 photographs of Jason's upper body were taken, which included: Jason wearing a black tank top, supplied by me and photo of his exposed upper body.  An inventory/return form was completed and a copy was given to Jason.

The search warrant was returned to the Clerk of Court as "served" along with the inventory/return form. The black tank that Jason wore was placed into an evidence locker at the Carlsbad Police Department.

This is a supplement to my original report.

JASON MARTINEZ #161623
2 BOX 13
GRINGER NM 87747

Legal Mail Confidential

Legal Mail Confidential

RECEIVED
At Albuquerque NM
APR 05 2018
MATTHEW J. DYKMAN
CLERK

Legal Mail

United States District Court
Office of the Clerk Suite 270
333 Lomas Blvd NW
Albuquerque NM 87102

ZIP 87747
011D11647711