UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JASON CHRISTOPHER MARTINEZ,

    Petitioner,

v.                                                  Civ. No. 16-256 RB/GJF

JOHN SANCHEZ, Warden
and HECTOR H. BALDERAS,
Attorney General of New Mexico,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on review of the record. On April 5, 2016, Petitioner filed a Petition for the Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. ECF No. 1.

The Magistrate Judge filed a Proposed Findings and Recommended Disposition (PFRD) on August 4, 2016, recommending that the Petition be dismissed without prejudice for failure to exhaust state court remedies. ECF No. 12. Petitioner has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 12) is ADOPTED and the Petition is hereby DISMISSED WITHOUT PREJUDICE.

_____
THE HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE